United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16150-amc
Jose J. Sanchez                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 03, 2017
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Jose J. Sanchez,    2733 N. 4th Street,    Philadelphia, PA 19133-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Jose J. Sanchez ray@colemankempinski.com,
               ray@colemankempinski.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| JOSE SANCHEZ | : | |
| Debtor | : | Bankruptcy No. 17-16150 AMC |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. 362(c)(3)(b) (the "Motion"), and there being no opposition to the Motion,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. That the Automatic Stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

Dated: __**October 3**__, 2017         _____
                                        United States Bankruptcy Judge

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 40119
Philadelphia, PA 19106-0119

Jose Sanchez
2733 N. 4th Street St.
Philadelphia, PA 19131

Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103