United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16150-amc
Jose J. Sanchez                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                  Page 1 of 2                  Date Rcvd: Oct 05, 2017
                              Form ID: 309I              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db             +Jose J. Sanchez,    2733 N. 4th Street,    Philadelphia, PA 19133-3105
13981380       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13981387        City of Philadelphia,    Code Violation Enforcement Division,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13981389       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13981394       +Jorge Santiago, Jr.,    107 Thompson Street,    Philadelphia, PA 19122-4621
13981397       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13981398       +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
13981401       +Wachovia Mortgage/World Savings and Loan,    Attn: Bankruptcy Dept.(T7419-015),    Po Box 659558,
                 San Antonio, TX 78265-9558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ray@colemankempinski.com Oct 06 2017 01:56:27      RAYMOND M. KEMPINSKI,
                 Law Office of Raymond Kempinski,    1700 Market Street,    Suite 1005,    Philadelphia, PA  19103
tr             +E-mail/Text: bncnotice@ph13trustee.com Oct 06 2017 01:58:41      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:57:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:56:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 06 2017 01:57:25      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13981381        EDI: BANKAMER.COM Oct 06 2017 01:38:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
13981386        EDI: CITICORP.COM Oct 06 2017 01:38:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    Po Box 20507,    Kansas City, MO 64195
13981382       +E-mail/Text: bankruptcy@cavps.com Oct 06 2017 01:57:38      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13981383       +EDI: CAPITALONE.COM Oct 06 2017 01:38:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13981384       +EDI: CHASE.COM Oct 06 2017 01:43:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13981385       +EDI: CHASE.COM Oct 06 2017 01:43:00      Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,
                 Wilmington, DE 19850-5145
13981388        E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:57:56      City of Philadelphia,
                 Department of Revenue,    1401 JFK Boulevard, Room 580,    Philadelphia, PA 19102-1697
13981390       +EDI: RMSC.COM Oct 06 2017 01:38:00      Gecrb/Lowes,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
13981392       +EDI: RMSC.COM Oct 06 2017 01:38:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13981393       +EDI: HFC.COM Oct 06 2017 01:38:00      Hsbc Bank,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
13981395       +EDI: MID8.COM Oct 06 2017 01:43:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
13981398       +E-mail/Text: jennifer.chacon@spservicing.com Oct 06 2017 01:59:04
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13981391*      +Gecrb/Lowes,    Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13981396*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13981399*      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
13981400*      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: dlv              Page 2 of 2             Date Rcvd: Oct 05, 2017
                             Form ID: 309I          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              RAYMOND M. KEMPINSKI     on behalf of Debtor Jose J. Sanchez ray@colemankempinski.com,
               ray@colemankempinski.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jose J. Sanchez** | Social Security number or ITIN | xxx–xx–8602 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 9/11/17 |
| Case number: | 17–16150–amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jose J. Sanchez | |
| 2. | **All other names used in the last 8 years** | aka Jose Juan Sanchez | |
| 3. | **Address** | 2733 N. 4th Street<br>Philadelphia, PA 19133 | |
| 4. | **Debtor's attorney**<br>Name and address | RAYMOND M. KEMPINSKI<br>Law Office of Raymond Kempinski<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103 | Contact phone 215–380–5636<br>Email: ray@colemankempinski.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 10/5/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/31/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/30/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/10/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 786.00 per month for 60 months. The hearing on confirmation will be held on:<br>**11/28/17** at **10:00 AM**, Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |