**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                    Case No. 17-16150-AMC
                                                                                   Chapter 13
JOSE J. SANCHEZ

Debtor(s).

## NOTICE OF APPEARANCE

**WILMINGTON SAVINGS FUND SOCIETY**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 17th day of November, 2017.

By:  _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1   Full title of Creditor is as follows: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST.
2   This Loan is currently serviced by BSI Financial Services, Inc..
3   For reference, the property address associated with the undersigned's representation is 8743 Gillespie Street, Philadelphia, PA 19136.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 17th day of November, 2017, to the following:

Raymond M. Kempinski
Coleman & Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103
colemankimber@bmail.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Jose J. Sanchez
2733 N. 4th Street
Philadelphia, PA 19133
*Debtor(s)*

Dated this 17th day of November, 2017.

      By:   */s/ Christopher M. McMonagle, Esquire*
      Christopher M. McMonagle, Esquire, Bar No: 316043
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200,
      Warrington, PA 18976
      Phone: (215) 572-8111
      Fax: (215) 572-5025
      cmcmonagle@sterneisenberg.com
      Attorney for Creditor