**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                        Case No. 17-16150-AMC
                                                 Chapter 13

JOSE J. SANCHEZ

Debtor(s).

## NOTICE OF APPEARANCE

**WILMINGTON SAVINGS FUND SOCIETY**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

                         **Christopher M. McMonagle, Esquire**
                               **Stern & Eisenberg, PC**
                            **1581 Main Street, Suite 200**
                               **The Shops at Valley Square**
                                  **Warrington, PA 18976**

Dated this 2nd day of January, 2018.

                                                By:    */s/ Christopher M. McMonagle, Esquire*
                                                       Christopher M. McMonagle, Esquire, Bar No: 316043
                                                       Stern & Eisenberg, PC
                                                       1581 Main Street, Suite 200
                                                       The Shops at Valley Square
                                                       Warrington, PA 18976
                                                       Phone: (215) 572-8111
                                                       Fax: (215) 572-5025
                                                       cmcmonagle@sterneisenberg.com
                                                       Attorney for Creditor

---

1   Full title of Creditor is as follows: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST.
2   This Loan is currently serviced by BSI Financial Services, Inc.
3   For reference, the property address associated with the undersigned's representation is 8743 Gillespie Street, Philadelphia, PA 19136.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 2nd day of January, 2018, to the following:

RAYMOND M. KEMPINSKI
Law Office of Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103
ray@colemankempinski.com
*Attorney for Debtor(s)*

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter13 Trustee*

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Jose J. Sanchez
2733 N. 4th Street
Philadelphia, PA 19133
*Debtor(s)*

Dated this 2nd day of January, 2018.

By: __/s/  Christopher M. McMonagle, Esquire__
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200,
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor