# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16150-AMC

JOSE  J SANCHEZ

2733 N. 4TH STREET

PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSE  J SANCHEZ

    2733 N. 4TH STREET

    PHILADELPHIA, PA 19133

**Counsel for debtor(s), by electronic notice only.**
    RAYMOND M KEMPINSKI
    COLEMAN & KEMPINSKI
    1700 MARKET ST, SUITE 1005
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/10/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee