# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-16150-AMC

JOSE  J SANCHEZ

2733 N. 4TH STREET

PHILADELPHIA, PA 19133

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSE  J SANCHEZ

    2733 N. 4TH STREET

    PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

    RAYMOND M KEMPINSKI
    COLEMAN & KEMPINSKI
    1700 MARKET ST, SUITE 1005
    PHILADELPHIA, PA 19103-

Date: 1/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee