United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16150-amc
Jose J. Sanchez                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Feb 12, 2018
                             Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.
db          +Jose J. Sanchez,    2733 N. 4th Street,    Philadelphia, PA 19133-3105
cr          +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
              Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 13 2018 01:50:59    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2018 01:50:41
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2018 01:50:50     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14043098     E-mail/Text: jennifer.chacon@spservicing.com Feb 13 2018 01:51:07
              PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    PO Box 65250,
              Salt Lake City, UT 84165-0250
13981398    +E-mail/Text: jennifer.chacon@spservicing.com Feb 13 2018 01:51:07
              Select Portfolio Servicing,    Po Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, et al.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PNC Bank, National Association c/o Select
               Portfolio Servicing Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Jose J. Sanchez ray@colemankempinski.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  : Bankruptcy No. 17-16150-amc
Jose J. Sanchez a/k/a Jose Juan Sanchez  : Chapter 13
          Debtor  :
  :
PNC Bank, National Association  :
c/o Select Portfolio Servicing Inc.  :
          Movant  :
  :
      vs.  :
  :
Jose J. Sanchez a/k/a Jose Juan Sanchez  :
          Debtor/Respondent  :
      and  :
William C. Miller, Esquire  :
          Trustee/Respondent  :

## CONSENT ORDER / STIPULATION AGREEMENT SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY & CO DEBTOR STAY

AND NOW, upon the Motion of PNC Bank, National Association c/o Select Portfolio Servicing Inc. ("Creditor"/"Movant"), through its counsel, Hladik, Onorato & Federman, LLP, for relief from the automatic stay pursuant to Bankruptcy Code § 362(d) as to certain property, 111 West Thompson Street, Philadelphia, PA 19122 (the "Property"), it is hereby agreed as follows:

Jose J. Sanchez a/k/a Jose Juan Sanchez (hereafter, "Debtor") acknowledges that the following monthly post-petition mortgage payments are due as follows:

Payments (10/01/2017 – 01/01/2018 @ *$391.41 each*) ......**$1,565.64**
Arrears ("Arrears")..................................................................**$1,565.64**

1. Debtor shall cure the Arrears as set forth above by paying one-sixth (1/6) of the Arrears per month (*$260.94/month*) for the next six (6) months, together with the regular monthly mortgage payment (currently *$391.41/month*), for a total combined monthly payment of *$652.35* or the next six (6) months beginning on *February 1, 2018*. In the event the regular monthly payment changes for any reason, then the amount due pursuant to Paragraph 2 shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular monthly mortgage payments.

2. Debtor shall make the regular monthly payments required to the Trustee.

3.  Debtor shall send all payments due directly to Creditor at the address below:

Select Portfolio Servicing, Inc.
Attn: Remittance Processing, P.O. Box 65450
Salt Lake City, UT 84165-0450

**Select Portfolio Servicing, Inc.'s** loan #xxxxx1289 must appear on each payment.

4.  In the event Debtor fail to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default. If Debtor does not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

5.  The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

6.  Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

7.  In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fail to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

8.  It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

By signing this Stipulation, Debtor's Counsel represents that the Debtor is familiar with and understand the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has actually signed this Stipulation. Seen and agreed by the parties on the date set forth below:

_____
Danielle Boyle-Ebersole, Esquire
Counsel for Creditor

Date: 2/7/18

_____
Ray Kempinski, Esquire
Counsel for Debtor

Date: 2-4-18

_____
William C Miller, III, Esquire
Trustee    JACK MILLER    no objection

Date: 2-7-18

AND NOW, this __12th__ day of __February__, 2018, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge