United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16150-amc
Jose J. Sanchez                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Mar 29, 2018
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db            +Jose J. Sanchez,    2733 N. 4th Street,    Philadelphia, PA 19133-3105
cr            +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:40     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:11     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:40     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                                                                                                                                     TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL
                cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, et al.
                cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PNC Bank, National Association c/o Select
                Portfolio Servicing Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      JILL MANUEL-COUGHLIN    on behalf of Creditor   WILMINGTON SAVINGS FUND ET AL jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
                karena.blaylock@phila.gov
      RAYMOND M. KEMPINSKI    on behalf of Debtor Jose J. Sanchez ray@colemankempinski.com,
                raykemp1006@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association c/o Select Portfolio
                Servicing Inc. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                       TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jose J. Sanchez a/k/a Jose Juan Sanchez<br>　　　　　　　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　　　　　　Movant<br>　　vs. | NO. 17-16150 AMC |
| Jose J. Sanchez a/k/a Jose Juan Sanchez<br>　　　　　　　　　　　　Debtor | |
| William C. Miller Esq.<br>　　　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,348.46**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | October 2017 through March 2018 at $391.41/month |
| **Total Post-Petition Arrears** | **$2,348.46** |

2. The Debtor(s) shall cure said arrearages in the following manner;

　　a). Beginning on April 1, 2018 and continuing through September 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$391.41** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$391.41** toward the arrearages on or before the last day of each month at the address below;

**PNC Bank**
3232 Newmark Drive
Miamisburg, Ohio 45342

　　b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 21, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.

Date: March 29, 2018

Raymond M. Kempinski, Esquire
Attorney for Debtor

Date: 3-26-18

M. William C. Miller    No objection
Chapter 13 Trustee

Approved by the Court this 29th day of March, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan